| | |
|---|---|
| 1 | JODY A. BOQUIST, ESQ., Bar # 06209561 |
| | LITTLER MENDELSON, P.C. |
| 2 | 321 North Clark Street |
| | Suite 1000 |
| 3 | Chicago, IL  60654 |
| | Telephone:   312.372.5520 |
| 4 | Fax No.:       312.372.7880 |
| | Email:          jboquist@littler.com |
| 5 | *[PRO HAC APPLICATION GRANTED]* |
| 6 | WENDY MEDURA KRINCEK, ESQ., Bar # 6417 |
| | LITTLER MENDELSON, P.C. |
| 7 | 3960 HOWARD HUGHES PARKWAY |
| | Suite 300 |
| 8 | Las Vegas, NV 89169 |
| | Telephone:   702.862.8800 |
| 9 | Fax No.:       702.862.8811 |
| | Email:          wkrincek@littler.com |
| 10 | |
| 11 | Attorneys for Defendant, |
| | UNITED AIRLINES, INC. |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| KIETH C. SHELSTAD, | | Case No. 2:16-cv-02671-KJD-CWH |
| Plaintiff, | | |
| vs. | | **MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM** |
| TGS AVIATION SERVICES, INC., a domestic corporation, UNITED AIRLINES, INC., a foreign Corporation; DOES 1-20; ROE ENTITIES 1-20, | | |
| Defendants. | | |

Defendant UNITED AIRLINES, INC. ("Defendant") hereby moves this Court for an Order substituting counsel as follows:

Defendant requests that Wendy Medura Krincek, Esq. be substituted for Crystal J. Herrera, Esq. currently listed as a Littler Mendelson attorney representing Defendant. Crystal J. Herrera is leaving the firm of Littler Mendelson and is no longer participating in this litigation. Ms. Krincek's current mailing address and email address are:

LITTLER MENDELSON, P.C.
Attorneys At Law
321 North Clark Street
Suite 1000
Chicago, IL  60654
312.372.5520

Wendy Medura Krincek, Esq.
Littler Mendelson, P.C.
3960 Howard Hughes Parkway, Suite 300
wkrincek@littler.com

Defendant continues to be represented in this action by the law firm of Littler Mendelson. The substitution of counsel is purely within the firm and will neither delay this matter nor prejudice Plaintiff. Based on the foregoing, Defendant respectfully requests that Wendy Medura Krincek, Esq. be substituted as counsel, and that Crystal J. Herrera, Esq. be allowed to withdraw as counsel in this matter.

Dated: June 14, 2017

Respectfully submitted,

*/s/ Crystal J. Herrera*
CRYSTAL J. HERRERA, ESQ.

Dated: June 14, 2017

Respectfully submitted,

*/s/ Wendy Medura Krincek*
JODY A. BOQUIST, ESQ.
WENDY MEDURA KRINCEK, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant,
UNITED AIRLINES, INC.

**IT IS SO ORDERED.**

Dated: June 16, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.372.5520

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169. On June 14, 2017, I served the within document(s):

**MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM**

☒ By CM/ECF Filing – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

| | |
|---|---|
| Carrie E. Hurtik, Esq.<br>HURTIK LAW & ASSOCIATES<br>7866 West Sahara Avenue<br>Las Vegas, Nevada 89117<br><br>Attorney for Plaintiff | Daniel R. Watkins, Esq.<br>Amy E. Buchanan, Esq.<br>WATKINS & LETOFSKY, LLC<br>8215 S. Eastern Avenue, Suite 265<br>Las Vegas, Nevada 89123<br><br>Attorneys for Defendant TGS Aviation Services, Inc. |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 14, 2017, at Las Vegas, Nevada.

*/s/ Robyn Craig*
Robyn Craig

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
321 North Clark Street
Suite 1000
Chicago, IL 60654
312.372.5520