**CARRIE E. HURTIK, ESQ.**
Nevada Bar No. 7028
**HURTIK LAW & ASSOCIATES**
7866 West Sahara Avenue
Las Vegas, Nevada 89117
(702) 966-5200 Telephone
(702) 966-5206 Facsimile
churtik@hurtiklaw.com
Attorney for Plaintiff,
KIETH C. SHELSTAD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KIETH C. SHELSTAD, an individual, | CASE No.: 2:16-cv-02671-KJD-CWH |
| Plaintiff, | |
| vs. | **MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM** |
| TGS AVIATION SERVICES, INC., a domestic corporation, UNITED AIRLINES, INC., a foreign Corporation; DOES 1 – 20; ROE ENTITIES 1- 20, | |
| Defendants. | |

Plaintiff KEITH C. SHELSTAD ("Plaintiff") hereby moves this Court for an Order substituting counsel as follows:

Plaintiff requests that Carrie E. Hurtik, Esq. be substituted for Rachel L. Shelstad, Esq. currently listed as Hurtik Law and Associates attorney representing Plaintiff. Rachel L. Shelstad as Ms. Shelstad is no longer employed at Hurtik Law and Associates and is no longer participating in this litigation. Ms. Hurtik's current mailing address and email address are:

/ / /

/ / /

/ / /

/ / /

Carrie E. Hurtik, Esq.
Hurtik Law and Associates
7866 W. Sahara Avenue
Las Vegas, NV 89117
churtik@hurtiklaw.com

Plaintiff continues to be represented in this action by the law firm of Hurtik Law and Associates. The substitution of counsel is purely within the firm and will neither delay this matter nor prejudice Defendant. Based on the foregoing, Plaintiff respectfully requests that Carrie E. Hurtik, Esq. be substituted as counsel, and that Rachel L. Shelstad, Esq. be allowed to withdraw as counsel in this matter.

Dated: July 6, 2017

Respectfully submitted,

*/s/ Rachel L. Shelstad*
RACHEL L. SHELSTAD, ESQ.

Dated: July 6, 2017

Respectfully submitted,

*/s/ Carrie E. Hurtik*
CARRIE E. HURTIK, ESQ.
HURTIK LAW AND ASSOCIATES

Attorney for Plaintiff,
KEITH C. SHELSTAD

**IT IS SO ORDERED.**

Dated: July 10, 2017

UNITED STATES MAGISTRATE JUDGE

## PROOF OF SERVICE

I am a resident of and employed in Clark County, Nevada. I am over the age of eighteen (18) years and not a party to the within action. My business address is 7866 West Sahara Avenue, Las Vegas, Nevada 89117. On July 6, 2017, I served the within documents(s):

**MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM**

By CM/ECF Filing – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

| | |
|---|---|
| Rachel L. Shelstad, Esq.<br>Geico Staff Counsel<br>901 N. Green Valley Parkway. #190<br>Las Vegas, Nevada 89074<br><br>Jody A. Boquist, Esq.<br>Wendy Medura Krincek, Esq.<br>LITTLER MENDELSON, P.C.<br>3960 Howard Hughes Parkway, Suite 300<br>Attorneys for Defendant,<br>UNITED AIRLINES, INC. | Daniel R. Watkins,<br>WATKINS & LETOFSKY, LLC<br>8215 S. Eastern Avenue, Suite 265<br>Las Vegas, Nevada 89123<br>Attorneys for Defendant,<br>TGS Aviation Services, Inc. |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.
Executed at Las Vegas, Nevada on July 6, 2017.

_____
NANCY RAMIREZ, an employee of
HURTIK LAW & ASSOCIATES