**CARRIE E. HURTIK, ESQ.**
Nevada Bar No. 7028
**HURTIK LAW & ASSOCIATES**
7866 West Sahara Avenue
Las Vegas, Nevada 89117
(702) 966-5200 Telephone
(702) 966-5206 Facsimile
churtik@hurtiklaw.com
Attorney for Plaintiff,
KIETH C. SHELSTAD

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KIETH C. SHELSTAD, an individual,

       Plaintiff,

vs.

TGS AVIATION SERVICES, INC., a
domestic corporation, UNITED AIRLINES,
INC., a foreign Corporation; DOES 1 – 20;
ROE ENTITIES 1- 20,

       Defendants.

CASE No.:  2:16-cv-02671-KJD-CWH

**MOTION FOR SUBSTITUTION OF
COUNSEL WITHIN FIRM**

      Plaintiff KEITH C. SHELSTAD ("Plaintiff") hereby moves this Court for an Order substituting counsel as follows:

      Plaintiff requests that Carrie E. Hurtik, Esq. be substituted for Rachel A. Sloane, Esq. currently listed as Hurtik Law and Associates attorney representing Plaintiff. Rachel A. Sloane is no longer employed at Hurtik Law and Associates and is no longer participating in this litigation. Ms. Hurtik's current mailing address and email address are:

Carrie E. Hurtik, Esq.
Hurtik Law and Associates
7866 W. Sahara Avenue
Las Vegas, NV 89117
churtik@hurtiklaw.com

Plaintiff continues to be represented in this action by the law firm of Hurtik Law and Associates. The substitution of counsel is purely within the firm and will neither delay this matter nor prejudice Defendant. Based on the foregoing, Plaintiff respectfully requests that Carrie E. Hurtik, Esq. be substituted as counsel, and that Rachel A. Sloane, Esq. be allowed to withdraw as counsel in this matter.

Dated: July 23, 2017                              Dated: July 23, 2017

Respectfully submitted,                      Respectfully submitted,


 /s/ Rachel A. Sloane                          /s/ Carrie E. Hurtik
RACHEL A. SLOANE, ESQ.            CARRIE E. HURTIK, ESQ.
                                                        HURTIK LAW AND ASSOCIATES

                                                        Attorney for Plaintiff,
                                                        KEITH C. SHELSTAD


                                                        **IT IS SO ORDERED.**

                                                        Dated: _____July 24_____, 2017



                                                        _____

                                                        UNITED STATES MAGISTRATE JUDGE

1

## **PROOF OF SERVICE**

2

I am a resident of and employed in Clark County, Nevada. I am over the age of eighteen

3

(18)years and not a party to the within action. My business address is 7866 West Sahara Avenue, Las

4

Vegas, Nevada 89117. On July ___, 2017, I served the within documents(s):

5

### MOTION FOR SUBSTITUTION OF COUNSEL WITHIN FIRM

6

7

By CM/ECF Filing – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced
document was electronically filed and served upon the parties listed below through the
Court's Case Management and Electronic Case Filing (CM/ECF) system:

8

9

10

Rachel A. Sloane, Esq.                    Daniel R. Watkins,
MARQUIS AURBACH COFFING          WATKINS & LETOFSKY, LLC
1001 Park Run Drive                       8215 S. Eastern Avenue, Suite 265
Las Vegas, Nevada 89145            Las Vegas, Nevada 89123

11

12

13

Attorneys for Defendant,
TGS Aviation Services, Inc.

14

Jody A. Boquist, Esq.
Wendy Medura Krincek, Esq.

15

LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300

16

17

Attorneys for Defendant,
UNITED AIRLINES, INC.

18

19

I am readily familiar with the firm's practice of collection and processing correspondence for

20

mailing and for shipping via overnight delivery service. Under that practice it would be deposited with

21

the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery
service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary
course of business.

22

23

I declare under penalty of perjury that the foregoing is true and correct. Executed at Las Vegas,
Nevada on July 23, 2017.

24

25

CARRIE E. HURTIK an employee of
HURTIK LAW & ASSOCIATES

26

27

28