# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KIETH C. SHELSTAD, | )<br>) |
| Plaintiff, | )<br>) Case No. 2:16-cv-02671-KJD-CWH |
| vs. | )<br>) **ORDER** |
| TGS AVIATION SERVICES, et al., | )<br>) |
| Defendants. | ) |

Presently before the court is attorney Carrie E. Hurtik's motion to withdraw as counsel for plaintiff Kieth C. Shelstad (ECF No. 61), filed on October 9, 2018. No responses to the motion were filed.

Ms. Hurtik moves to withdraw, arguing Mr. Shelstad has failed to respond to her correspondence or to provide her with an updated telephone number, making it impossible for her to continue representing Mr. Shelstad. Ms. Hurtik represents that she has sent Mr. Shelstad correspondence via certified mail and that a copy of the motion was served on Mr. Shelstad by United States mail at his last known address. Mr. Shelstad did not oppose the motion, which constitutes a consent to the granting of the motion under Local Rule 7-6(d).

Having reviewed and considered the motion, and good cause appearing, the court will grant the motion to withdraw. Mr. Shelstad must file a notice advising the court whether he will represent himself or proceed pro se by November 20, 2018. Mr. Shelstad is advised that unless and until he retains a new attorney, he is responsible for all deadlines and other matters in this case.

IT IS THEREFORE ORDERED that Carrie E. Hurtik's motion to withdraw as counsel for plaintiff Kieth C. Shelstad (ECF No. 61) is GRANTED.

///

IT IS FURTHER ORDERED that Ms. Hurtik must serve a copy of this order on Mr. Shelstad and must file proof of that service by November 6, 2018.

IT IS FURTHER ORDERED that by November 20, 2018, Mr. Shelstad must file a written notice stating whether he intends to represent himself in this case. This requirement will be automatically vacated if a new attorney enters an appearance on behalf of Mr. Shelstad by November 20, 2018.

IT IS FURTHER ORDERED that the clerk of court must update the docket sheet with Mr. Shelstad's last known address as follows:

> Kieth C. Shelstad
> 2600 University Street #158
> Williston, North Dakota 58801

DATED: October 30, 2018

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**